UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TAMAS KALMAR NAGY Plaintiff,

vs. AGNES JAVORSZKY, EVA MARIA DAROCZY/GOSZTOLA-MOLNAR,

JUDIT NADAY Defendants.

Civil Action No. 1:15-CV-14132 GAO

George A. O'Toole, Jr., D.J.  **JUDGMENT**

Plaintiff Tamas Kalmar-Nagy's (dob: 07/14/1970) complaint in Civil Action No. 1:15-CV-14132 GAO were duly served with a summons and a copy of the Complaint on Defendants (or their authorized agents) Agnes Javorszky (dob: 05/21/1972, mother's name: Simon Julianna), Eva Maria Daroczy/Gosztola-Molnar (dob: 01/07/1955, mother's name: Szkladányi Éva Mária), and JUDIT NADAY (dob: 1960, mother's name: Szekeres Zsuzsanna). Defendants failed to plead or otherwise defend in this civil action; and upon submitting the required Affidavit, the Clerk entered the default of Defendants and the Judge granted (with Order #15) Plaintiff's Motion for Entry of Default Judgment.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**

Plaintiff Tamas Kalmar-Nagy recover from Defendants Agnes Javorszky, Eva Maria Daroczy, and Judit Naday, the principal amount of $250000 together with prejudgment interest at the rate of __12__ % from __12/14/2015__ to __6/23/2017__ in the amount of $ __45,780.82__ for a total judgment of $ __$295,780.82__ with interest as provided by law.

By the Court,

Dated: __June 23, 2017__

/s/ Taylor Halley
Deputy Clerk

NOTE: The post judgment interest rate effective this date is __1.16__ %.

2